

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00791-CR

**IN RE** John Patrick **RODRIGUEZ**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

Delivered and Filed: December 7, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On November 21, 2022, relator John Patrick Rodriguez filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2018CR8896W, styled *The State of Texas v. John Patrick Rodriguez*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.